**K&L GATES LLP**
One Newark Center – Tenth Floor
Newark, New Jersey 07102
(973) 848-4000
Attorneys for Plaintiff
Esquire Deposition Services, LLC,
A Delaware limited liability company

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ESQUIRE DEPOSITION SERVICES, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL BOUTOT and THE MCS GROUP, INC., a Pennsylvania Corporation,<br><br>Defendants. | Civil Action No. 09-cv-1526<br><br>Honorable Joseph A. Greenaway, Jr., U.S.D.J.<br><br>**CERTIFICATION PURSUANT TO CIVIL RULE 7.1** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Esquire Deposition Services, LLC, states that it is a subsidiary of The Hobart West Group, Inc.

**K&L GATES LLP**
Attorneys for Plaintiff
Esquire Deposition Services, LLC

By: _____
Laura A. Stutz, Esq.

Dated:  April 6, 2009

## **CERTIFICATION OF SERVICE**

I hereby certify that on this 6th day of April 2009, I caused this Certification Pursuant to Civil Rule 7.1 to be filed with the Clerk of the United States District Court, District of New Jersey via the Court's electronic filing system and by electronic mail served a copy upon all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system. Concomitantly, I served a copy of this Certification upon Stephani C. Schwartz, Esq. of Schwartz, Simon, Edelstein, Celso & Kessler, LLC via email: sschwartz@sseck.com.

I am aware that if any statement herein is willfully false, I am subject to punishment.

_____
Laura A. Stutz